SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #205
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiff
*Vem Miller*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VEM MILLER, an individual, | **CASE NO.:** Case 2:24-cv-01920 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; DEPUTY CORONADO ID #5731; and DOES 1 through 10, individually, jointly and severally | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, VEM MILLER by and through the undersigned Counsel of Record, SIGAL CHATTAH, ESQ. of CHATTAH LAW GROUP and in accordance with Fed. R.

///

///

///

///

-1-

Civ. Pro. 41(a)(1)(A)(i), voluntarily dismiss, without prejudice, the action *sub judice* against Defendants COUNTY OF RIVERSIDE ET AL

    Respectfully submitted this _27th_ day of February, 2025.

                                        **CHATTAH LAW GROUP**

                                        */s/ Sigal Chattah*

                                        SIGAL CHATTAH, ESQ.
                                        Nevada Bar No.: 8264
                                        CHATTAH LAW GROUP
                                        5875 S. Rainbow Blvd. #204
                                        Las Vegas, Nevada 89118
                                        Attorney for Plaintiff